IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIP COBB,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　　　　) 　　Case No. 1:09-cv-210-SJM-SPB
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
BRADLEY MASON, *et al.*,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Respondents.　　　　　)

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on July 6, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on October 7, 2011 [14], recommends that the instant petition for writ of habeas corpus be denied and that a certificate of appealability also be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at the McKean County Jail, his official address of record, and on the Respondents. No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 28th Day of October, 2011;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DENIED.  Inasmuch as reasonable jurists would not find it debatable whether the instant petition is untimely and/or whether the Petitioner's claims are procedurally defaulted, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on October 7, 2011 [14], is adopted as the opinion of the Court.

        s/ <u>Sean J. McLaughlin</u>
           SEAN J. McLAUGHLIN
           United States District Judge

Cm:   All parties of record.
       U.S. Magistrate Judge Susan Paradise Baxter